IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELS OF CARE HOME HEALTH, INC., PLAINTIFF, | § § § § | |
| v. | § § | CASE NO. 3:18-CV-3268-S-BK |
| ALEX M. AZAR II, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEFENDANT. | § § § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion and Application for Temporary Restraining Order and Injunctive Relief*, Doc. 3 is **GRANTED**.

SO ORDERED this ___ day of March, 2019.

Karen Gren Scholer
United States District Judge